IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWITT L. DAILEY, JR.,

    Plaintiff,

v.          Case No. 1:12-cv-35-SPM-GRJ

ALACHUA COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/

## O R D E R

Plaintiff, an inmate confined in the Alachua County Jail, initiated this case by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). The Complaint is deficient in that Plaintiff did not file his Complaint on the Court's civil rights complaint form. Further, Plaintiff failed to pay the $350 filing fee or file a motion to proceed in forma pauperis. Accordingly, the Court will defer further review of Plaintiff's claims pending correction of these deficiencies.

Accordingly, it is **ORDERED**:

1. The **Clerk** is instructed to send the Plaintiff blank copies of the Court's form complaint for use by prisoners in actions under 42 U.S.C. § 1983 and the Court's motion to proceed in forma pauperis for use by prisoners form. Plaintiff shall file an Amended Complaint, completing the complaint form in full. Plaintiff shall file the Amended Complaint, with a service copy for each Defendant, **on or before March 9, 2012.**

2. Plaintiff shall pay the $350 filing fee or file a motion to proceed in forma pauperis with the Court **on or before March 9, 2012** .

3. Failure to comply with this Order as directed will result in a recommendation that this case be dismissed without further notice.

**DONE AND ORDERED** this 16th day of February 2012.

    *s/ Gary R. Jones*
    GARY R. JONES
    United States Magistrate Judge